MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Ritz Fuente, LLC v. Schafer**  Case Number: **21cv1986-LAB-JLB**

Hon. Larry Alan Burns   Ct. Deputy: T. Weisbeck

    Currently on calendar for Monday, December 18, 2023, at 11:30 a.m. is a hearing on Defendant SHS Armin Schafer Jr.'s motion to dismiss the Second Amended Complaint for lack of personal jurisdiction. (Dkt. 21). The Court has reviewed the briefing and finds the motion suitable for resolution without oral argument. The hearing is **VACATED**. No appearances will be required in this case on December 18, 2023.

Date: December 12, 2023                                                                 Initials: LC

cc: All Counsel